ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civ. No. 01-1463 (MJD/JGL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>V.<br><br>$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD, IKE BVI LTD., ACCOUNT #2294213 GROWING IKE BVI LTD., ACCOUNT #2294221 AND BRIGHT IKE BVI LTD., ACCOUNT #2294239<br><br>*Defendant.* | ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS |

**ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS**

As the UNITED STATES OF AMERICA, through its counsel, and the CLAIMANTS, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, through their counsel, have agreed to extend the time for the Claimants to file their respective Answers in this matter to January 4, 2002, it is Ordered that Claimants, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, have until January 4, 2001 to file their Answers in this matter.

FILED DEC 7 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: December 7, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge