ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.01-1463 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD, IKE BVI LTD., ACCOUNT # 2294213, GROWING IKE BVI, LTD., ACCOUNT # 2294221, AND BRIGHT IKE BVI, LTD., ACCOUNT # 2294239,<br><br>DEFENDANTS. | **ORDER TO EXTEND TIME FOR CLAIMANTS TO FILE ANSWERS** |

As the UNITED STATES OF AMERICA, through its counsel, and the Claimants KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, through their counsel, have agreed to extend the time for the Claimants to file their respective Answers in this matter to May 6, 2002, it is hereby

**ORDERED**

Claimants KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, have until May 6, 2002 to file their Answers in this matter.

Dated: Feb 7, 02

JONATHAN G. LEBEDOFF
CHIEF MAGISTRATE JUDGE

FILED FEB 0 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK