**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civ. No. 01-1463 (MJD/JGL)**

UNITED STATES OF AMERICA,

*Plaintiff*

v.

$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD, IKE BVI LTD., ACCOUNT #2294213, GROWING IKE BVI LTD., ACCOUNT #2294221, AND BRIGHT IKE BVI LTD., ACCOUNT #2294239

*Defendant*

ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS

**ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS**

As the UNITED STATES OF AMERICA, through its counsel, and the CLAIMANTS, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, through their counsel, have agreed to extend the time for the Claimants to file their respective Answers in this matter to June 6, 2002. It is Ordered that Claimants, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, have until June 6, 2002 to file their Answers in this matter.

Dated: May 3, 2002

JOHN M. ... ERICKOFF

FILED MAY ...
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civ. No. 01-1463 (MJD/JGL)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*<br><br>V.<br><br>$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD, IKE BVI LTD., ACCOUNT #2294213, GROWING IKE BVI LTD., ACCOUNT #2294221, AND BRIGHT IKE BVI LTD., ACCOUNT #2294239<br><br>*Defendant* | STIPULATION TO EXTEND TIME FOR CLAIMANTS TO FILE ANSWERS |

**STIPULATION TO EXTEND TIME**
**FOR CLAIMANTS TO FILE ANSWERS**

Counsel for CLAIMANTS, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, spoke with Assistant United States Attorney, Mary Trippler on April 29, 2002. As the United States has recently changed the Assistant U.S. Attorney responsible for this matter and the Parties are working to resolve this matter, the United States of America and the Claimants, through their counsel, agreed to an extension of time for the Claimants to file their respective Answers in this matter to June 6, 2002.

Counsel for the Plaintiffs and the Claimants respectfully request that the attached proposed Order be entered extending the time for the Claimants to file their answers.

Dated: May __/__, 2002

THOMAS B. HEFFELFINGER
United States Attorney

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Attorneys for Plaintiff

BY: DOUGLAS B. ALTMAN
(#13854X)
1600 Foshay Tower
821 Marquette Avenue
Minneapolis, MN 55402
(612) 335-3700

Counsel:
George J. Terwilliger
Robert J. Bittman
Eileen M. Cole
White & Case LLP
601 Thirteenth St. N.W.
Suite 600 South
Washington, DC 20005-3807
(202) 626-3600

Attorneys for Claimants