**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Civ. No. 01-1463 (MJD/JGL)**

UNITED STATES OF AMERICA,

*Plaintiff*

v.

$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD, IKE BVI LTD., ACCOUNT #2294213, GROWING IKE BVI LTD., ACCOUNT #2294221, AND BRIGHT IKE BVI LTD., ACCOUNT #2294239

*Defendant*

ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS

**ORDER EXTENDING TIME FOR CLAIMANTS TO FILE ANSWERS**

As the UNITED STATES OF AMERICA, through its counsel, and the CLAIMANTS, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, through their counsel, have agreed to extend the time for the Claimants to file their respective Answers in this matter to October 7, 2002. It is Ordered that Claimants, KAZUKO IKEDA, YOKO IKEDA, and NOBUKO ISOKAWA, have until October 7, 2002 to file their Answers in this matter.

Dated: August 7, 2002

FILED 8-8-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D ____
DEPUTY CLERK ____