UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1463 (MJD/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>$4,690,000.00 IN FUNDS SEIZED FROM AMERICANA NATIONAL BANK MONEY MARKET ACCOUNTS IN THE NAMES OF ACCORD IKE BVI LTD., ACCOUNT #2294213, GROWING IKE BVI LTD., ACCOUNT #2294221, AND BRIGHT IKE BVI LTD., ACCOUNT #2294239,<br><br>DEFENDANT. | CERTIFICATE OF REASONABLE CAUSE |

This matter having come before this Court on the Stipulation for Settlement of Claim and Consent to Forfeiture between the Plaintiff and Claimants Kazuko Ikeda, Nobuko Ikeda Isokawa and Yoko Ikeda ("the Claimants") for the issuance of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered if it appears that there was reasonable cause for the seizure or arrest, and

It appearing to the Court that there was reasonable cause for the seizure or arrest of the defendant funds, as agreed upon by the Plaintiff and the Claimants in the Stipulation for Settlement of Claims and Consent to Forfeiture,

SEP 18 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to 28 U.S.C. § 2465 (a)(2), that neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or judgment on account of such suit or prosecution, nor shall the Claimants be entitled to costs, such costs having been waived by the Stipulation for Settlement of Claims and Consent to Forfeiture.

Dated: Sept. 18, 2003

Michael J. Davis, Judge
United States District Court

01-1463